IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES ROY MCNEIL,

    Plaintiff,                            No. CIV S-08-2441 FCD EFB PS

    vs.

INTERNAL REVENUE SERVICE,

    Defendant.                        <u>FINDINGS & RECOMMENDATIONS</u>

_____/

        Plaintiff is a state prisoner proceeding *pro se* in this action filed on October 15, 2008. The court's records reveal that on October 14, 2008, plaintiff previously filed another complaint containing virtually identical allegations against the same defendant.[1] Case No. Civ. S-08-2432 MCE GGH.[2] Pursuant to both actions, plaintiff seeks to obtain $3,000, apparently as a tax refund, based on his income from January to June 1999. Due to the duplicative nature of these actions, the court will recommend that the instant (most recently filed) complaint be dismissed.

---

[1] The instant complaint includes in its caption defendants "President and CEO"of the Internal Revenue Service. The earlier-filed case asserts in the text that defendants include the "manager of the Department and there [sic] President, plus CEO." Case No. Civ S-08-2432 MCE GGH, Dckt. No. 1, p. 2. Only the Internal Revenue Service is the proper defendant in these cases.

[2] A court may take judicial notice of court records. *See MGIC Indem. Co. v. Weisman*, 803 F.2d 500, 505 (9th Cir. 1986); *United States v. Wilson*, 631 F.2d 118, 119 (9th Cir. 1980).

1  In accordance with the above, IT IS HEREBY RECOMMENDED that this action be
2 dismissed without prejudice.  *See* Fed. R. Civ. P. 41(b).

3  These findings and recommendations are submitted to the United States District Judge
4 assigned to this case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within ten days after
5 being served with these findings and recommendations, any party may file written objections
6 with the court and serve a copy on all parties.  Such a document should be captioned "Objections
7 to Magistrate Judge's Findings and Recommendations."  Failure to file objections within the
8 specified time may waive the right to appeal the District Court's order. *Turner v. Duncan*, 158
9 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

10 DATED: December 3, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2